UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLESETTA MOORE, SR.,

Plaintiff,

v.

C.F.Y. Development Inc., et al.,

Defendants.

No. 2:25-cv-0034-DAD-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT FURTHER LEAVE TO AMEND

(Doc. Nos. 15, 19)

Plaintiff initiated this civil action by filing a complaint on January 3, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On September 12, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and determined it to be deficient, finding that plaintiff had failed to state a claim upon which relief may be granted. (Doc. No. 15.) In addition the magistrate judge found that plaintiff's first amended complaint had been dismissed for the same reason and the court had pointed out the deficiencies of that complaint, but plaintiff had failed to cure those noted deficiencies in the second amended complaint and that, therefore, the granting of further leave to amend would be futile. (*Id.* at 3.) Accordingly, the magistrate judge recommended that this

action be dismissed without further leave to amend due to plaintiff's failure to state a cognizable claim. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) On September 19, 2025, plaintiff filed objections to the findings and recommendations. (Doc. No. 16.) However, those objections provide no basis upon which to reject the magistrate judge's well–reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 12, 2025 (Doc. No. 15) are adopted in full.
2. Plaintiff's second amended complaint (Doc. No. 11) is dismissed without further leave to amend for failure to state a cognizable claim;
3. Plaintiff's request for status (Doc. No. 19) is granted; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE